UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIOLA FLORES, | No. CV-13-5056-EFS |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| PHILLIPS & COHEN ASSOCIATES, LTD, ACCOUNTS RECEIVABLE MANAGEMENT, INC AND PCA ACQUISITIONS V, LLC dba PORTFOLIO ASSET MANAGEMENT dba PORTFOLIO ASSET GROUP, | |
| Defendants. | |

On September 17, 2013, Plaintiff Viola Flores filed a Notice of Voluntary Dismissal of Case, ECF No. 6. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal of Case, **ECF No. 6**, is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE - 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
2  Order and provide copies to all counsel.
3    **DATED** this  18th  day of September 2013.

                          s/ Edward F. Shea
                           EDWARD F. SHEA
                 Senior United States District Judge